UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JOSEPH ANDREW CORONA | ) CHAPTER 11 |
| | ) Subchapter V |
| | ) CASE NO. 22-41308-bem |
| Debtor | ) |

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF GLASSRATNER ADVISORY AND CAPITAL GROUP, LLC, d/b/a B. RILEY ADVISORY SERVICES, AS VALUATION EXPERTS AND CONSULTANTS TO THE DEBTOR**

COMES NOW Joseph Andrew Corona (the "Debtor") and files this Application for Approval of Employment of GlassRatner Advisory and Capital Group, LLC, d/b/a B. Riley Advisory Services ("B. Riley"), as Valuation Experts and Consultants for the Debtor (the "Application"). In support thereof, the Debtor shows the Court as follows:

1. Debtor filed his Chapter 11, Subchapter V, case on October 23, 2022. No committee has been appointed. Gary Murphey has been appointed Subchapter V Trustee.

2. In order to exercise his rights and perform his duties as Debtor-in-Possession in a proper, efficient, and economical manner, Debtor shows it is necessary to retain the services of B. Riley to represent and provide valuation and consulting

1

services to the Debtor in this case and any related proceeding, pursuant to which B. Riley will receive reasonable compensation for its services and be reimbursed for expenses, after notice and hearing.

3. Debtor is the owner of Cornerstone Contracting Group, Inc., a closely held Georgia corporation.

4. Prior to the Petition Date, Debtor was a party to an arbitration proceeding styled *Lonnie Cox v. Joseph Corona and Cornerstone Contracting Group, Inc.*, JAMS Arbitration No. 1440007261 (the "Arbitration Proceeding").

5. On September 6, 2022 a Corrected Arbitration Award was entered in the Arbitration Proceeding. *See* Dkt. No. 13, Exhibit A (the "Arbitration Award"). Pursuant to the Arbitration Award, Cox was awarded $4,222,555.00 in monetary damages and other non-monetary relief, against Debtor only.

6. On October 7, 2022 Cox filed an action to confirm the Arbitration Award in the Superior Court of Fulton County, Georgia. See *Lonnie Cox v. Cornerstone Contracting Group, Inc. and Joseph Corona*, Civil Action File No. 2022CV371181 (the "Confirmation Action"). The Confirmation Action was stayed by the filing of this Chapter 11 case. After the Bankruptcy Court lifted the automatic stay, the Superior Court confirmed the Arbitration Award on December 19, 2022.

7. Debtor anticipates filing a Subchapter V Plan of Reorganization in this case.

8. In order to prepare the Plan and meet the requirements of the Bankruptcy Code it is necessary for Debtor to perform a hypothetical liquidation analysis of the property of the estate, including Debtor's ownership interest in Cornerstone. The valuation of an ownership interest in a closely held business is not a matter for lay persons, and it is necessary for Debtor to retain the services of a valuation expert.

9. Debtor wishes to employ B. Riley to provide valuation and consulting services with regard to the valuation of Debtor's ownership interest in Cornerstone and to assist the Debtor with related matters necessary for the Debtor to prepare a plan of reorganization.

10. Debtor shows that the principals and employees employed by B. Riley have knowledge and experience with regard to the matters in which said Firm is to be engaged and are well qualified to represent Debtor. Craig Jacobson is the lead consultant for this matter and is well qualified to perform the necessary services. A verification pursuant to Fed. R. Bankr. P. 2014 is attached hereto as **Exhibit A**. Additional information concerning the experience and qualifications of Mr. Jacobson and B. Riley is attached to the Verification.

11. To the best of B. Riley's knowledge neither Craig Jacobson nor any partner, member, associate or other employee has any "connection" [within the meaning of that term under Bankruptcy Rule 2014(a)] with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, other than as described below. The Firm is disinterested under 11 U.S.C. § 101(14), with regard to the matters upon which it is to be engaged, and the Firm's employment is in the best interests of this estate, the Debtor, creditors and other parties in interest.

12. B. Riley has previously provided limited consulting services to Cornerstone with respect to the Arbitration Proceeding in February 2022. B. Riley provided additional limited services to Cornerstone in late September and early October 2022. B. Riley is not a pre-petition creditor of the Debtor.

13. Debtor has not provided B. Riley with a retainer. No compensation will be paid without the appropriate motion and notice required by the Bankruptcy Code. Hourly rates for the professionals at B. Riley who will perform most of the services in this case are currently as follows:

- Craig Jacobson - $575.00
- Eli Cattan - $375.00

Other professionals and employees at B. Riley may also perform services for the Debtor.

**WHEREFORE,** Debtor prays for authority to retain and employ B. Riley to represent and provide valuation and consulting services to the Debtor for the purposes specified hereinabove, pursuant to which the Firm will receive reasonable compensation for its services and be reimbursed for expenses, after notice and hearing, and for such other and further relief as may be just and proper.

Respectfully submitted this 17th day of January 2023.

                                                */s/ Scott B. Riddle*
                                                Scott B. Riddle, Esq.
                                                Counsel for Debtor
                                                Georgia Bar No. 604855

Suite 1800 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia  30326
Phone 404-815-0165
Facsimile 404-815-0165

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JOSEPH ANDREW CORONA | ) CHAPTER 11 |
| | ) Subchapter V |
| | ) CASE NO. 22-41308-bem |
| Debtor | ) |

**RULE 2014 VERIFICATION OF GLASSRATNER ADVISORY AND CAPITAL GROUP, LLC, d/b/a B. RILEY ADVISORY SERVICES, WITH REGARD TO EMPLOYMENT AS VALUATION EXPERT TO THE DEBTOR**

I, Craig Jacobson, pursuant to Federal Rule of Bankruptcy Procedure 2014(a) make this Verified Statement in support of the Application to Employ GlassRatner Advisory and Capital Group, LLC, d/b/a B. Riley Advisory Services ("B. Riley"), as Valuation Experts and Consultants for Joseph Andrew Corona ("Debtor"), and show the Court as follows:

1. I am a Managing Director of B. Riley in the firm's New York office. Our office address is 299 Park Avenue, New York, NY 10171; phone 212-457-3315; email cjacobson@brileyfin.com.

2. I am experienced in consulting with and valuing businesses and ownership interests in businesses, including in Bankruptcy cases. A copy of my professional qualifications and B. Riley's qualifications is attached as **Exhibit A**.

3. To the best of my knowledge, B. Riley and its employees represent no interest adverse to the Debtor, the estate, or any creditors of the estate in the matters upon which B. Riley is to be engaged, and B. Riley's appointment will be in the best interest of the estate.

**EXHIBIT A**

4.     To the best of my knowledge, neither B. Riley nor any employees have any "connection" [within the meaning of that term under Bankruptcy Rule 2014(a)] with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, other than as set forth in the Application.

5.     To the best of my knowledge, the undersigned and all of B. Riley employees are "disinterested persons" as defined by 11 U.S.C. §101(14), with respect to the above-captioned Debtor and estate. The specifics in regard to this are as follows:

a. B. Riley has previously provided consulting services to Cornerstone and Cornerstone's attorneys in the Arbitration Proceeding in February 2022, and was paid for such services. B. Riley also provided consulting services to Cornerstone in late September and early October 2022 and billed $5,364.72 for such services. B. Riley is not a pre-petition creditor of the Debtor.

b. B. Riley is not and was not an equity security holder of the Debtor or creditors.

c. B. Riley is not and was not an insider of the Debtor or creditors.

d. B. Riley is not and was not an investment banker for any outstanding security of the Debtor or creditors.

e. B. Riley has not been, within three years before the date of the filing of the petition, an investment banker for a security of the Debtor or creditors, or an accountant for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor or creditors.

f. B. Riley does not have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker specified in subparagraphs above, or for any other reason.

6. B. Riley has advised the Debtor and counsel of its willingness to serve as valuation expert and consultant and to be employed under an order, pursuant to which B. Riley will receive reasonable compensation for its services and be reimbursed for its expenses under applicable law, after notice and hearing.

7. B. Riley intends to bill for its services in this case in accordance with its usual practice, applying the firm's customary hourly rates for matters of this type and charging for actual out of pocket disbursements and expenses customarily billed to clients and necessarily incurred.

8. Accordingly, I believe that B. Riley is eligible for employment and appointment by the Debtor pursuant to the Bankruptcy Code and the applicable Bankruptcy Rules.

9. I declare that the foregoing statements are true, are based upon my personal knowledge, and are made under penalty of perjury under the laws of the United States pursuant to 28 U.S.C. §1746.

Dated this 17 day of January 2023.

/s/ *Craig Jacobson*
Craig Jacobson

# CRAIG JACOBSON
## MANAGING DIRECTOR

cjacobson@brileyfin.com
(212) 457-3315
vCard



**Prominent Matters**
- Damages/expert witness in GSP Finance LLC v. KPMG
- Damages/expert witness in re Inergy Unitholder Litigation
- Valuation expert before Kenneth Feinberg of the September 11th Victim Compensation Fund

**Specialties:**
Damages & Expert Witness Services
Fairness Opinions
Intellectual Property
Litigation Support
Lost Profit Analysis
M&A
Purchase Price Allocation
Solvency Opinions
Valuation

**Industries:**
Energy
Healthcare
Medical Devices
Pharmaceutical
Technology

Craig Jacobson has 30 years of experience in valuation, litigation support services, and transactions consulting. Prior to joining GlassRatner (now doing business as B. Riley Advisory Services) in 2014, Craig was a principal at a regional CPA firm providing valuation and litigation support services. Prior to that, Craig held a senior position with Willamette Management Associates. Craig began his career at a boutique investment banking and consulting firm, where he provided valuations, mergers and acquisitions, and litigation support services.

Craig's experience includes performing valuations for litigation, transaction and corporate planning purposes; fairness opinions, solvency opinions, mergers and acquisitions consulting; pre-Initial Public Offering services, including valuations and assistance in the preparation of SEC filings; calculating economic damages, including lost profits and lost enterprise value; dissenting shareholder litigation and transactions; intellectual property valuation and damages calculations, including irreparable harm calculations; change-in-control disputes; and failed mergers and acquisitions litigation.

Craig has worked in a large number of industries, including energy, healthcare, retail, pharmaceutical, medical devices, financial services, and professional and other services. Craig has worked on many international engagements, including companies in Japan, China, Russia, Denmark, Greece, Italy, the Caribbean, Cyprus, and Indonesia.

Craig's clients include law firms, corporations, partnerships and wealthy individuals. He has acted as an expert witness on several occasions.

Craig has authored many articles and given many presentations on a variety of topics, including commercial damages, intellectual property valuation and damages, fairness opinions, solvency opinions.

Representative assignments on which Craig has worked include:

- Providing valuation and consulting services related to large corporate transactions related to fairness opinion and solvency opinion issues
- Estimating Lost Profits, Economic Damages, and Lost Business Value on behalf of Plaintiffs and Defendants
- Estimating damages related to the infringement of Patents, Copyrights, Trademarks and Trade Names, and Trade Secrets
- Performing valuation and corporate finance advisory work for companies headed for initial public offerings or other exit transactions
- Valuation of intellectual property and intangible assets for financial reporting, tax, and transactional purposes

Craig holds a BS in Economics and Computer Science from the State University of New York at Albany and an MBA in Finance from New York University's Stern School of Business.

www.brileyfin.com    NASDAQ:RILY

**B|RILEY** *Advisory Services*
a B. Riley Financial company

B|RILEY
Advisory Services

299 Park Avenue, 21st Floor
New York, NY 10171
Tel: (212) 457-3304
www.brileyfin.com

**CRAIG JACOBSON**
**TESTIMONY EXPERIENCE**

**Law Firm:** Barnes & Thornburg LLP
**Name of Proceeding:** Niram, Inc. v. Sterling National Bank
**Type of Proceeding:** Deposition.
**Type of Court:** United States District Court, Southern District of New York
**Type of Testimony:** deposition (December 7, 2022)

**Law Firm:** Golenbock Eiseman Assor Bell & Peskoe LLP
**Name of Proceeding:** Cambridge Capital LLC v. Ruby Has LLC; Ruby Has LLC v. Cambridge Capital LLC, Benjamin Gordon and Matthew Smalley
**Type of Proceeding:** Deposition.
**Type of Court:** United States District Court, Southern District of New York
**Type of Testimony:** deposition (November 2, 2022)

**Law Firm:** Holland & Knight LLP
**Name of Proceeding:** U.S. Small Business Administration as Receiver of Elk Associates Funding Corp. v. Michael Feinsod, Silvia Mullens, Richard Feinstein, Gary Granoff, Steven Etra, John Laird, Ivan J. Wolpert, Howard Sommer, Murray Indic, Elliott Singer, and Peter Boockvar
**Type of Proceeding:** Trial.
**Type of Court:** United States District Court, Eastern District of New York
**Type of Testimony:** deposition (February 10, 2022)

**Law Firm**: Rooney Nimmo PC
**Name of Proceeding:** Brands Within Reach, LLC v. Belvoir Fruit Farms Ltd.
**Type of Proceeding:** Trial.
**Type of Court:** United States District Court, Southern District of New York
**Type of Testimony:** deposition (May 5, 2021)

**Law firm:** Lewis Brisbois Bisgaard & Smith LLP
**Name of proceeding:** University Ventures Funds Management, LLC, et al. v. Gregg Rosenthal
**Type of Proceeding:** Arbitration.
**Type of Court:** American Arbitration Association
**Type of Testimony:** deposition (September 30, 2020) and arbitration (November 24-25, 2020).

**Law firm:** Robins Kaplan LLP
**Name of proceeding:** Kimberly Renk v. Linda Renk, et al.
**Type of Proceeding:** Trial.
**Type of Court:** Supreme Court of the State of New York
**Type of Testimony:** deposition (November 11, 2020).

**Law Firm:** Winget, Spadafora & Schwartzberg, LLP
**Name of Proceeding:** Robert Zubrin, et al. v. Eyal Aronoff, et al.
**Type of Proceeding:** Trial.
**Type of Court:** District Court, Denver County, State of Colorado
**Type of Testimony:** trial (March 17, 2020).

**Law Firm:** Levene, Neale, Bender, Yoo & Brill L.L.P.
**Name of Proceeding:** In re: Bristow Group, Inc., Debtors.

**Type of Proceeding:** Bankruptcy trial.
**Type of Court:** United States Bankruptcy Court for the Southern District of Texas Houston Division
**Type of Testimony:** deposition (September 27, 2019) and trial (October 4, 2019).

**Law Firm:** Winget, Spadafora & Schwartzberg, LLP
**Name of Proceeding:** Freedom Mortgage Corporation v. Guild Mortgage Corporation, et al.
**Type of Claim:** Breach of contract, breach of duty of loyalty, tortious interference, violation of Florida Uniform Trade Secrets Act, violation of Defend Trade Secrets Act, civil conspiracy.
**Type of Court:** Supreme Court of the State of New York
**Type of Testimony:** deposition (September 11, 2019).

**Law Firm:** Lovell Stewart Halebian Jacobson LLP
**Name of Proceeding:** James Tufenkian v. Sylvia Tirakian
**Type of Claim:** Breach of contract, breach of fiduciary duty, fraud, and unjust enrichment.
**Type of Court:** Supreme Court of the State of New York
**Type of Testimony:** deposition (August 29, 2019).

**Law Firm:** Carmody Torrance Sandak & Hennessey LLP
**Name of Proceeding:** In re: Sean Dunne, Debtor. Richard M. Cohan, Trustee of the Bankruptcy Estate of Sean Dunne, v. Gayle Killilea, et al.
**Type of Claim:** solvency opinion related to alleged fraudulent transfer.
**Type of Court:** United States Bankruptcy Court, District of Connecticut, New Haven Division
**Type of Testimony:** deposition (March 7, 2019), trial (May 23-24, 2019).

**PUBLICATIONS**

"Price Versus Value: A Transaction and Litigation Perspective" Business Valuation Update, March 2021.

"The Valuation Paradigm of COVID-19: Using the Discounted Cash Flow Method after an Economic Crisis." Business Valuation Update, May 2020.

"The Use of Financial Projections in Solvency Opinions." Business Valuation Update, June 2018.

"Value of Trademarks Takes on Increased Importance." New York Law Journal, May 16, 2016.

"Economic Benefits of IP Licenses Increasingly Impact Value." New York Law Journal May 18, 2015.

"Trade Secret Valuation and Infringement Damages." New York Law Journal, May 19, 2014.

"The Backsolve Method to Value Common and Preferred Stock." The Legal Intelligencer, August 26, 2013.

"Identify and Valuate Intangible Assets and Intellectual Property." New York Law Journal, May 20, 2013.

"Putting a Value on Goodwill." New York Law Journal, April 9, 2012.

"Know and Protect Intellectual Property's Worth." New York Law Journal, April 11, 2011.

"Pitfalls to Avoid when Performing a Fairness Opinion." Business Valuation Update, October 2010.

# VALUATION REPORTS & OPINIONS

B. Riley's team of credentialed valuation specialists have decades of relevant experience. In addition to sophisticated enterprise and equity valuation capabilities, we offer full-service client assistance across working capital, tangible assets, intellectual property and other intangible assets, debt, investments, derivatives, lost profits & royalty-based damages, lost business value damages and contingency components. Our professionals have been called upon to handle exceedingly high profile assignments on behalf of law firm, private equity, creditor, shareholder, insurance and corporate clients.

In addition to the valuation services provided by our Forensics Accounting & Litigation Support practice, our team is retained on a regular basis to undertake business and asset valuations, solvency opinions and fairness opinions for various non-litigation purposes, including:

- Corporate stock buy-back transactions
- Stock options
- Transactions involving partners and shareholders
- Purchase price allocation
- Evaluation of purchase offers
- Evaluation of sale offers
- Gift estate and tax planning
- Financing transactions

- Goodwill impairment testing
- Financial reporting
- Insurance underwriting
- Business case development and feasibility
- Property tax, transfer pricing, and other tax purposes
- Bankruptcy and distressed businesses
- IP licensing arrangements

### THE B. RILEY DIFFERENCE

We differentiate our professionals from other valuation professionals on the basis of real-world corporate backgrounds. While hiring lifetime consultants may suffice for some businesses, our clients expect more. To meet these expectations, we built our valuation team with hard-to-find professionals with decades of valuation consulting and corporate C-suite experience. Our professionals have worked for companies specializing in healthcare, telecommunications, cable, Internet, energy, manufacturing, e-Commerce, real estate, insurance, and banking. Our broad range of expertise and highly collaborative culture differentiate us from our competitors. When a consulting firm functions as we do, amazing things happen. Critical thinking and sophisticated solutions emerge. Ours is a culture of service, dedication and commitment to excellence.

Our valuations are not performed in a vacuum. Often our clients need fairness opinions, solvency opinions, due diligence and other services closely aligned to valuation. This need is not lost on our team of former CFOs, controllers, CEOs and Chief Accounting Officers.

**B|RILEY** *Advisory Services*



At B. Riley, performing a valuation goes beyond understanding GAAP, relevant tax code and valuation theories, techniques and standards. These requirements are essential, yet only part of our delivery equation. In order to deliver a thorough solution, our team draws upon its vast knowledge of industries and the capital, equipment and real estate markets. Furthermore, through the discipline required in our extensive expert witness litigation practice, we are accustomed to having our work scrutinized by other experts, parties in litigation and the courts. We apply the same rigorous standards to our non-litigated valuations, which assures high-quality deliverables. Our business valuation process is based on rigorous analysis of historical and projected financial statements, key operating metrics, marketplace transactions, and other underlying support documents and research. We avoid forcing analysis to fit an existing template when preparing valuation opinions, and our write-ups are thorough, insightful and objective.

### FOR MORE INFORMATION, PLEASE CONTACT:



**Ian Ratner, CPA, ABV, ASA, CFE, CA, CBV**
Co-CEO
iratner@brileyfin.com
(470) 346-6830



**Richard Peil, CFA, FINRA**
Senior Managing Director
rpeil@brileyfin.com
(602) 567-2541



**Craig Jacobson**
Managing Director
cjacobson@brileyfin.com
(212) 457-3315



**Dan Korczyk, CPA, CFF, ASA, ABV**
Managing Director
dkorczyk@brileyfin.com
(470) 346-6820

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing application and proposed order upon all those parties listed below by depositing same in the U. S. mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery to the attached service list.

This 17th day of January 2023.

    /s/ Scott B. Riddle
Counsel to Debtor

| | | |
|---|---|---|
| Lonnie Cox<br>4494 Bartow Carver Rd<br>Acworth, GA 30102<br><br>United Community Bank<br>200 Cherokee Street NE<br>Marietta, GA 30060<br><br>US Dept. of Education<br>PO Box 2837<br>Portland, OR 97208<br><br>US Department of Education<br>c/o Nelnet<br>121 South 13th Street<br>Lincoln, NE 68508-1904<br><br>American Express<br>PO Box 1270<br>Newark, NJ 07101-1270<br><br>Bank of America<br>PO Box 45224<br>Jacksonville, FL 32232 | Georgia Department of Revenue<br>Compliance Division<br>Ste 9100<br>1800 Century Blvd<br>Atlanta, GA 30345-3202<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><br>Jeffrey D. Horst Esq.<br>1201 W Peachtree St, NW<br>Suite 3250<br>Atlanta, GA 30309<br><br>Gary M. Murphey<br>Chapter 11 Subchapter V Trustee<br>Resurgence Financial Services, LLC<br>3330 Cumberland Blvd., Suite 500<br>Atlanta, GA 30339-5997<br><br>United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW<br>Suite 600<br>Atlanta GA 30303-3309 | Michael D. Robl<br>Robl Law Group LLC<br>Suite 250<br>3754 LaVista Road<br>Tucker, GA 30084-5623<br><br>Martin P. Ochs<br>Office of the U. S. Trustee<br>362 Richard Russell Federal Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330<br><br>Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200<br><br>U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 |