UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOSEPH ANDREW CORONA ) | CHAPTER 11 |
| ) | Subchapter V |
| ) | CASE NO. 22-41308-bem |
| Debtor ) | |

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF MOORE COLSON & COMPANY, P.C., CPA'S AND ADVISORS, AS ACCOUNTANTS TO THE DEDBTOR

COMES NOW Joseph Andrew Corona (the "Debtor") and files this Application for Approval of Employment of Moore Colson & Company, P.C., CPA's and Advisors ("Moore Colson") as Accountants for the Debtor (the "Application"). In support thereof, the Debtor shows the Court as follows:

1.  In order to exercise his rights and perform his duties as Debtor-in-Possession in a proper, efficient, and economical manner, Debtor shows it is necessary to retain the services of Moore Colson to represent and provide accounting services to the Debtor in this case and any related proceeding, pursuant to which Moore Colson will receive reasonable compensation for its services and be reimbursed for expenses, after notice and hearing.

2.  Debtor wishes to employ Moore Colson to render the following services

for which it is necessary for an accountant to act:

  (a) To review the books and records of the Debtor and to analyze and verify accounts with regard to the Debtor's assets, liabilities, financial affairs and financial obligations;

  (b) To review, analyze and report to Debtor and Debtor's legal counsel with regard to any financial reports; information or data concerning the administration of this case; the collection of accounts receivable owed to the Debtor; and the enforcement and collection of any claims owed to the Debtor;

  (c) To advise and assist Debtor and Debtor's attorneys in connection with an investigation of the financial affairs and financial condition of the Debtor;

  (d) To advise and assist the Debtor and other professionals employed by the Debtor with regard to the preparation and filing of any and all tax returns, which may be required;

  (e) To advise, assist and represent Debtor and Debtor's attorneys in connection with the sale or other disposition of any assets of the Debtor's estate, including, without limitation, the investigation and analysis of the alternative methods of effecting same; negotiations with prospective purchasers; evaluation of any offers received; and the compilation and analysis of any financial data and other information required in connection with the marketing and disposition of the assets;

(f) To advise and assist Debtor and Debtor's legal counsel in connection with the investigation, analysis, and compilation of data relating to financial and accounting matters or issues in connection with any proceeding in this case, and to prepare such reports, summaries, documents and exhibits as may be required in connection therewith;

(g) To provide support and assistance with regard to the proper receipt, disbursement and accounting for funds and other property of the estate;

(h) To provide support and assistance to the Debtor and Debtor's legal counsel with regard to the review of claims against the Debtor, the investigation of amounts properly allowable and the appropriate priority or classification of same, and the prosecution of objections to claims as appropriate;

(i) To perform any other services that may be required as financial consultant to Debtor and to assist Debtor's attorneys in the performance of Debtor's duties and exercise of Debtor's rights and powers under the Bankruptcy Code.

(j) To assist the Debtor with financial projections and other matters necessary for the Debtor to prepare a plan of reorganization.

3. Debtor shows that it is in the best interests of the estate that it employ Moore Colson in order to avoid duplication of services and unnecessary expense. Debtor shows that the accountants and employees employed by Moore Colson have

knowledge and experience with regard to the matters in which said Firm is to be engaged and are well qualified to represent Debtor. Adam Bateman, CPA is the lead certified public accountant for this matter, and is licensed in Georgia. A verification, pursuant to Fed. R. Bankr. P. 2014 is attached hereto as **Exhibit A**. Additional information concerning the experience and qualifications of Mr. Bateman and Moore Colson is attached as **Exhibit B**.

4. To the best of the Moore Colson's knowledge neither Adam Bateman nor any partner, associate or other employee has any "connection" [within the meaning of that term under Bankruptcy Rule 2014(a)] with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, other than as described below. The Firm is disinterested under 11 U.S.C. § 101(14), with regard to the matters upon which it is to be engaged, and the Firm's employment is in the best interests of this estate, the Debtor, creditors and other parties in interest.

5. Moore Colson has previously represented Debtor in tax and accounting matters since 2018. In addition, Moore Colson has represented, and continues to represent, Cornerstone Contracting Group, Inc., a business in which Debtor is the owner and president. Moore Colson has continued to represent Cornerstone and

anticipates representing Cornerstone going forward.

6. Additionally, since Moore Colson will be dealing with tax matters, the Debtor requests that the Firm be empowered to act, by and through its officers and employees, for and on behalf of the Debtor and the estate, to represent them before any taxing authority, including the Internal Revenue Service and all state and local authorities, to receive confidential information, to make written or oral presentations of facts or argument, and to perform any and all acts on behalf of the Debtor and the estate, which they, by law are permitted in regard to any tax matter which may arise during the administration of the estate.

7. Debtor has not provided Moore Colson with a retainer. No compensation will be paid without the appropriate motion and notice required by the Bankruptcy Code. Hourly rates for Moore Colson are currently as follows:

- Partner - $650
- Senior Manager - $425
- Manager - $350
- Senior Associate - $285
- Associate - $215

**WHEREFORE,** Debtor prays for authority to retain and employ Moore Colson to represent and provide accounting services to the Debtor for the purposes specified hereinabove, pursuant to which the Firm will receive reasonable compensation for its services and be reimbursed for expenses, after notice and hearing, that the Firm be

authorized to act on behalf of the Debtor as to tax matters, and for such other and further relief as may be just and proper.

This 31st day of January 2023.

/s/ Scott B. Riddle
Scott B. Riddle, Esq.
Counsel for Debtor
Georgia Bar No. 604855

Suite 1800 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia  30326
Phone 404-815-0165
Facsimile 404-815-0165

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOSEPH ANDREW CORONA ) | CHAPTER 11 |
| ) | Subchapter V |
| ) | CASE NO. 22-41308-bem |
| Debtor ) | |

**RULE 2014 VERIFICATION OF MOORE COLSON & COMPANY, P.C., CPA'S AND ADVISORS, WITH REGARD TO EMPLOYMENT AS ACCOUNTANTS TO THE DEBTOR**

I, Adam Bateman, pursuant to Federal Rule of Bankruptcy Procedure 2014(a) make this Verified Statement in support of the Application to Employ Moore Colson & Company, P.C., CPA's and Advisors ("Moore Colson"), as Accountant for Joseph Andrew Corona ("Debtor"), and show the Court as follows:

1. I am a certified public accountant licensed to practice in the State of Georgia.

2. I am a partner in Moore Colson. Our office address is 600 Galleria Parkway, Suite 600, Atlanta, GA 30339; phone 770-989-0028; email abateman@moorecolson.com.

3. To the best of my knowledge, Moore Colson and its employees represent no interest adverse to the Debtor, the estate, or any creditors of the estate in the matters upon which Moore Colson is to be engaged, and Moore Colson's appointment will be in the best interest of the estate.

5. Neither Moore Colson nor any employee has ever performed services for the Debtor, or any creditor of the Debtor in connection with this case, other than prior representation of Debtor and Cornerstone Contracting Group, Inc. as

described in the Application. To the best of my knowledge, neither Moore Colson nor any employee have any "connection" [within the meaning of that term under Bankruptcy Rule 2014(a)] with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

6. To the best of my knowledge, the undersigned and all of Moore Colson employees are "disinterested persons" as defined by 11 U.S.C. §101(14), with respect to the above-captioned Debtor and creditors. The specifics in regard to this are as follows:

a. Moore Colson was a pre-petition creditor of the Debtor, with a pre-petition balance of $650.00.  Moore Colson has waived this balance and claim.

c. Moore Colson was not an equity security holder of the Debtor or creditors.

d. Moore Colson was not an insider of the Debtor or creditors.

e. Moore Colson is not and was not an investment banker for any outstanding security of the Debtor or creditors.

f. Moore Colson has not been, within three years before the date of the filing of the petition, an investment banker for a security of the Debtor or creditors, or an accountant for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor or creditors.

g. Moore Colson does not have an interest materially adverse to the interest of the estate of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker specified in subparagraphs above, or for any other reason.

7. Moore Colson has advised the Debtor and counsel of its willingness to serve as accountant and to be employed under an order, pursuant to which Moore Colson will receive reasonable compensation for its services and be reimbursed for its expenses under applicable law, after notice and hearing.

8. Moore Colson intends to bill for its services in this case in accordance with its usual practice, applying the firm's customary hourly rates for matters of this type and charging for actual out of pocket disbursements and expenses customarily billed to clients and necessarily incurred.

9. Accordingly, I believe that Moore Colson is eligible for employment and appointment by the Debtor pursuant to the Bankruptcy Code and the applicable Bankruptcy Rules.

10. I declare that the foregoing statements are true, are based upon my personal knowledge, and are made under penalty of perjury under the laws of the United States.

Dated this 27th day of January 2023.

/s/ Adam B_____
Adam Bateman



energy . insight . growth

# ADAM BATEMAN

Tax Partner
abateman@moorecolson.com
678.631.3047



**Experience**
Adam Bateman, CPA, is a Partner with Moore Colson's Tax Services practice.  Adam specializes in providing tax compliance and planning services for closely-held businesses and their owners.  Adam's responsibilities at Moore Colson include the coordination of tax services for clients, planning and organizing engagements, suggesting and implementing tax planning ideas, and supervising staff.

Adam's professional background in public accounting includes serving clients in the construction, real estate, and financial services industries.  He also has extensive experience in representation before the IRS and state tax authorities, mergers and acquisitions, and implementation of tax and succession planning strategies for closely-held businesses.

**Education**
Georgia State University — Master of Tax, 2011
Samford University — Bachelor of Science in Business Administration, Accounting and Finance, 2006

**Professional Affiliations**
Associated General Contractors of Georgia — Board Member
Associated General Contractors of Georgia — Young Leader Program, Vice Chair
American Institute of Certified Public Accountants — Tax Section Member
Georgia Society of Certified Public Accountants

**Community Involvement**
Alpharetta First United Methodist Church
Samford University Atlanta Alumni Chapter
Samford University Accounting Advisory Board

600 galleria parkway se
suite 600
atlanta, georgia 30339
p  770.989.0028
f  770.989.0201
MooreColson.com

member of PrimeGlobal | An Association of Independent Accounting Firms

**MOORE COLSON**
*CPAs and Advisors*

# MOORE COLSON

Moore Colson has provided accounting, advisory and consulting services to mid-market businesses and Fortune 500 companies since 1981. Headquartered in Atlanta, Moore Colson is one of America's largest and top award-winning firms delivering innovative and practical solutions in a true partnership model. We offer expertise in accounting and auditing, tax compliance and consulting, employee benefit plan audit, accounting and IT controls, Sarbanes-Oxley consulting, M&A transaction services, restructuring and turnaround services, management consulting, estate and trusts services, lender advisory services, forensic and litigation support services, and fiduciary and bankruptcy services for more than 15 industries.



## our mission

**Our Clients Come First:**
We build wealth and security for businesses and individuals and exceed expectations through quality, timely, innovative solutions.

**Our People are Our Most Valuable Resource:**
We foster professional and personal growth, financial security, and community involvement in an ethical, challenging and rewarding environment.



## trusted advisors

We work as a true partnership. Our clients are paired with a team of industry experts who are carefully selected to tackle your specific business needs. Our service model ensures that you receive the personal attention that leads to innovative solutions not possible through the structure used by most firms.

**Who We Are:**
- Located in Atlanta and founded in 1981, Moore Colson is an energetic and successful accounting/consulting firm with over 150 professionals, including 29 partners.
- Annually ranked as one of Atlanta's Top Accounting Firms by the Atlanta Business Chronicle, and one of Atlanta's Top Workplaces every year since 2011 by the Atlanta Journal Constitution.
- Ranked a Top 125 largest CPA firm in America by Inside Public Accounting (IPA), one of the accounting industry's leading publications.
- Consistently ranked among the Top 50 Best of the Best Accounting Firms in the US by IPA.
- Independent Member of PrimeGlobal, one of the largest 5 associations of independent accounting firms in the world, comprised of over 300 highly successful independent public accounting firms in 90 countries.
- Expertise in serving clients in a variety of industries, including construction, real estate, manufacturing, wholesale/distribution, transportation, hospitality, retail, healthcare, technology, staffing, professional services, and high-net-worth individuals.



energy . insight . growth

MooreColson.com



## our partners

Bert Mills
Todd McMullen
Steve LaMontagne
Chris Tierney
Andy Starnes
Chris Arnone
Steven Bailey
Adam Bateman
Kelly Bird-Keith
Jason Birmingham
Phil Booth
Billy Boyd
Christopher D. Fagan
Stephanie George
Michael Hammond
Candace Jackson
Jonathan Levens
Elizabeth S. Miller
Steven Murphy
Marcia Nally
Jon Powell
Brian D. Renshaw
Bret Roy
Sydney Trew
Tyler Wright



## our accolades









600 galleria pkwy se | suite 600
atlanta, ga 30339

P 770.989.0028
F 770.989.0201



## our perspective

We consider ourselves an extension of our clients' eyes and ears and provide them with the expertise necessary to help their business thrive. Accordingly, we strive to be as transparent as possible as we develop our tailored agreed upon services and perform those services to meet our clients' needs with frequent communications regarding findings, issues and observations throughout the engagement.

## mindset

Our mindset is to place ourselves in the shoes of our clients and take ownership in our role as advisors. Accordingly, we embrace our clients' goals and objectives and provide them with the wisdom and insight as if we were facing the same issues, opportunities and decisions. Through this approach, we are able to develop long-lasting relationships as we assist our clients in achieving their long-term goals.



## services

Our client-centered, tailored approach to our services is based on experience, expertise and the knowledge that every business and every client has unique needs. We provide the following services:

**Financial Reporting and Assurance**
- Audit | Review | Compilation
- Employee Benefit Plan Audit
- Financial Forecasts & Projections
- Internal Control Auditing
- Lease Accounting Standard (ASC 842)

**Tax**
- Corporate Tax Consulting & Compliance | Credits & Incentives
- Individual Tax Consulting & Compliance
- Estate & Trusts | Financial Planning
- Qualified Opportunity Zones

**Consulting**
- Buy- & Sell-Side Transaction Services
- Restructuring Services
- Litigation Support & High-Net-Worth Divorce Services
- Forensic Accounting & Insurance Claims Services
- Fiduciary Services
- Lender Services
- Alternative Dispute Resolution
- Management Consulting

**Corporate Accounting**
- Accounting Support
- Accounting Software Consulting

**Risk Advisory and Compliance Services**
- Sarbanes-Oxley
- SOC Examinations
- Cybersecurity Services
- Information Technology Risk Services
- Internal Audit Services

energy . insight . growth                                         MooreColson.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing application and proposed order upon all those parties listed below by depositing same in the U. S. mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery to the attached service list.

This 31st day of January 2023.

      /s/ Scott B. Riddle
      Counsel to Debtor

| | | |
|---|---|---|
| Lonnie Cox<br>4494 Bartow Carver Rd<br>Acworth, GA 30102<br><br>United Community Bank<br>200 Cherokee Street NE<br>Marietta, GA 30060<br><br>US Dept. of Education<br>PO Box 2837<br>Portland, OR 97208<br><br>US Department of Education<br>c/o Nelnet<br>121 South 13th Street<br>Lincoln, NE 68508-1904<br><br>American Express<br>PO Box 1270<br>Newark, NJ 07101-1270<br><br>Bank of America<br>PO Box 45224<br>Jacksonville, FL 32232 | Georgia Department of Revenue<br>Compliance Division<br>Ste 9100<br>1800 Century Blvd<br>Atlanta, GA 30345-3202<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><br>Jeffrey D. Horst Esq.<br>1201 W Peachtree St, NW<br>Suite 3250<br>Atlanta, GA 30309<br><br>Gary M. Murphey<br>Chapter 11 Subchapter V Trustee<br>Resurgence Financial Services, LLC<br>3330 Cumberland Blvd., Suite 500<br>Atlanta, GA 30339-5997<br><br>United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW<br>Suite 600<br>Atlanta GA 30303-3309 | Michael D. Robl<br>Robl Law Group LLC<br>Suite 250<br>3754 LaVista Road<br>Tucker, GA 30084-5623<br><br>Martin P. Ochs<br>Office of the U. S. Trustee<br>362 Richard Russell Federal Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330<br><br>Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200<br><br>U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 |